John S. BOTTOMLY

v.

Barth P. WALKER, Trustee, Parker Petroleum Co., Inc., a corporation, Debtor.

No. 6220.

United States Court of Appeals Tenth Circuit.

Sept. 15, 1959.

Herbert F. Hewett, Oklahoma City, Okl., for appellant.

Gene M. Gardner, Duncan, Okl., Francis S. Irvine, Barth P. Walker, Oklahoma City, Okl., and Robert J. Woolsey, Tulsa, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed with prejudice on joint motion of the parties.

J. M. McDONALD COMPANY

v.

Clive J. LAY.

No. 6230.

United States Court of Appeals Tenth Circuit.

Oct. 19, 1959.

Don R. Evans and Wesley H. Doan, Denver, Colo., for appellant.

Vincent A. Ross, Cheyenne, Wyo., and Bruce Ownbey, Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on joint motion of the parties., D.C., 24 F.R.D. 36.

James Henry DOLAN

v.

UNITED STATES of America.

No. 6192.

United States Court of Appeals Tenth Circuit.

Sept. 15, 1959.

Charles W. Tessmer, Dallas, Tex., and Arthur S. Bowman, Denver, Colo., for appellant.

Donald E. Kelley, U. S. Atty., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on joint motion of the parties.

ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, a Missouri corporation,

v.

Ross RIZLEY, United States District Judge for the Western District of Oklahoma.

No. 6177.

United States Court of Appeals Tenth Circuit.

Sept. 14, 1959.

Ben Franklin, Oklahoma City, Okl., for petitioner.

H. A. Leatherman, Oklahoma City, Okl., for respondent.

Before MURRAH, Chief Judge, and PHILLIPS and PICKETT, Circuit Judges.

PER CURIAM.

Petition for writ of mandamus granted and cause ordered transferred to the Western District of Arkansas.